UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **MICHAEL WILSON** | * | CIVIL ACTION NO. 15-1416 |
| **VERSUS** | * | MAG. JUDGE KAREN L. HAYES |
| **LIBERTY MUTUAL INSURANCE COMPANY** | * | |

## JUDGMENT

IT IS ORDERED, ADJUDGED, and DECREED that judgment is hereby entered in favor of plaintiff MICHAEL WILSON and against defendant LIBERTY MUTUAL INSURANCE COMPANY for the total sum of FIFTEEN THOUSAND, FOUR HUNDRED AND FORTY-FOUR DOLLARS AND 86/100 ($15,444.86). Post-judgment interest is awarded at the rate of 0.23 per day.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED, that all other claims asserted in the above-captioned matter by plaintiff MICHAEL WILSON against defendant, LIBERTY MUTUAL INSURANCE COMPANY are DISMISSED, with prejudice.

All assessable costs are awarded in favor of plaintiff and against defendant.

In Chambers, at Monroe, Louisiana, this 8th day of July 2016.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE